UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY ALAN WIELAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:14-CV-4039-G (BK) |
| ASHTON CARTER, Secretary of ) | |
| Defense, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge. Accordingly, defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**.

August 13, 2015.

_____
**A. JOE FISH**
**Senior United States District Judge**